■ MARION KENTON, Appellant, v. STATE OF NEW YORK, Respondent.— AULISI, J. The order which denied the appellant's motion is not appealable (*Polito* v. *Town of Babylon,* 5 A D 2d 877; *Sellett* v. *City of Yonkers,* 13 A D 2d 976). Had the appellant appealed from the denial of her motion to modify the respondent's demand for a bill of particulars we would have reversed (*Vicidomini* v. *State of New York,* 21 A D 2d 837). Appeal dismissed, without costs. Gibson, P. J., Herlihy, Taylor and Hamm, JJ., concur.